AMERICAN GROCERY COMPANY, Appellant, *v.* CHARLES M.
PRATT, Impleaded, etc., Respondent.

Reported below, 36 App. Div. 152.
(Submitted April 17, 1899; decided April 25, 1899.)

MOTION to substitute a receiver as appellant and to prefer
an appeal from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
5, 1898, affirming a judgment in favor of defendant entered
upon a decision of the court dismissing the complaint at a
Trial Term.

The motion was made upon the ground that an appeal by a
receiver is entitled to a preference.

*D. M. Porter* for motion.

No one opposed.

Motion for substitution and preference granted, without
costs.

---

LEO OPPENHEIM, Respondent, *v.* JACOB LEWIS et al.,
Appellants.

*Oppenheim* v. *Lewis*, 20 App. Div. 332, appeal dismissed.
(Argued April 18, 1899; decided April 25, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered August
7, 1897, reversing an order of Special Term directing the
return to the sheriff of the county of New York of certain
personal property taken under a writ of replevin.

*Abr. A. Joseph* for appellants.

*Mark Cohn* for respondent.

Appeal dismissed, with costs.